UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Daniel Andrus**, *et al*<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>**DenOne, LLC**, *et al*<br><br>　　　　　Defendants. | No.  1:19-cv-00259-PAB<br><br>THE HONORABLE PAMELA A. BARKER<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　The Parties, by and through undersigned counsel, hereby jointly stipulate to the dismissal of Plaintiffs' claims, with prejudice, each party to bear its own attorneys' fees and costs, except as otherwise set forth in the Parties' Settlement Agreement.

　　　RESPECTFULLY SUBMITTED the 10th Day of December, 2019.

BENDAU & BENDAU PLLC

By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II (OH No. 089601)
Christopher J. Bendau
P.O. Box 97066
Phoenix, Arizona 85060
Telephone AZ: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com

THE LAW OFFICES OF SIMON & SIMON

By: /s/ *James L. Simon*
James L. Simon (OH No. 89483)
6000 Freedom Square Dr.
Independence, OH 44131
Telephone: (216) 525-8890
Facsimile: (216) 642-5814
Email: jameslsimonlaw@yahoo.com

*Attorneys for Plaintiffs and Opt-In Plaintiffs*

---

Joint Stipulation of dismissal with prejudice is approved

s/ Pamela A. Barker
PAMELA A. BARKER
UNITED STATES
DISTRICT JUDGE